IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN CARLOS GUERRERO,<br><br>          Plaintiff,<br><br>v.<br><br>BENSALEM RACING ASSOCIATION, INC., et al.,<br><br>          Defendants. | CIVIL ACTION<br>NO. 13-7420 |

FILED

'JUN 0 4 2014

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this 4th day of June 2014, upon consideration of the Complaint (Doc. No. 1); the Parx Defendants' Motion to Dismiss (Doc. No. 3); the PTHA Defendants' Motion to Dismiss (Doc. No. 11); Plaintiff's Responses in Opposition (Doc. Nos. 12-13); Defendants' Replies in Further Support of the Motions (Doc. Nos. 14-15), the arguments made by counsel for the parties at a hearing on the Motions held on April 17, 2014, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. The Motion to Dismiss of the Parx Defendants (Doc. No. 3) is **GRANTED**.

2. The Motion to Dismiss of the PTHA Defendants (Doc. No. 11) is **GRANTED**.

3. The Complaint (Doc. No. 1) is **DISMISSED**.

4. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel Slomsky
JOEL H. SLOMSKY, J.